IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN HARRIS AND PAULA
HARRIS AS INDIVIDUALS AND
JOHN HARRIS ATTORNEY-IN-FACT
FOR JAMES E. HARRIS AND JOLENE
HARRIS                                                                                         PLAINTIFFS

VS.                              CASE NO. 06-CV-1106

QUESTAR EXPLORATION AND
PRODUCTION COMPANY                                                                DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

    Before the Court is a Joint Motion for Dismissal with Prejudice filed on behalf of all the parties in the above styled and numbered case. (Doc. No. 8). The parties report that the matter has been resolved through settlement and petition the Court to enter an order of dismissal with prejudice in the case. Upon consideration, the Court finds that the Joint Motion for Dismissal with Prejudice should be and hereby is **granted**. Accordingly, the above styled and numbered case is hereby dismissed with prejudice.

    IT IS SO ORDERED, this 24th day of July, 2007.

    /s/Harry F. Barnes
    Hon. Harry. F. Barnes
    United States District Judge